**Order filed on November 8, 2021.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-21-00638-CV**

---

**IN RE FREDERICK GENE TAYLOR, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**328th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 20-DCV-273004**

---

## OPINION

On Monday, November 8, 2021, relator Frederick Gene Taylor filed a petition for writ of mandamus and a motion for temporary relief in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Walter Armatys, presiding judge of the 328th District Court of Fort Bend County, to vacate the trial court's November 4, 2021, order on motion to strike pleadings and limit testimony and evidence.

The person filing the petition must certify that he or she has reviewed the petition and concluded that every factual statement in the petition is supported by competent evidence included in the appendix or record. Tex. R. App. P. 52.3(j). The petition does not contain this certification.

Relator must file with the petition a sufficient record to establish the right to relief. *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (orig. proceeding). Rule 52.7(a)(2) of the Texas Rules of Appellate Procedure requires the relators to file with the petition "a properly authenticated transcript of any relevant testimony from any underlying proceeding, including any exhibits offered into evidence, or a statement that no testimony was adduced in connection with the matter complained." Tex. R. App. P. 52.7(a)(2).

Relator's petition indicates that on November 3, 2021, before signing the complained-of order, the trial court heard the real party in interest, Geneva Louise Taylor's, Motion to Strike Pleading and Limit Testimony and Evidence. Additionally, relator's petition states that the Motion to Strike was based on two prior orders to compel that had been previously heard by the trial court. Relator's petition is neither accompanied by a reporter's record of a hearing nor a statement that no testimony was adduced in connection with the matter complained. *See* Tex. R. App. P. 52.7(a)(2). By this order, the Court gives relators notice that the petition will be dismissed unless relator supplements and/or amend his petition to addresses the certification and record issue identified above on or before November 18, 2021.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced

unless immediate temporary relief is granted. We therefore grant relator's motion and issue the following order:

We order the proceedings in trial court cause number 20-DCV-273004, *In the Matter of the Marriage of Geneva Louise Taylor and Frederick Gene Taylor*, including the trial scheduled for November 9, 2021, stayed until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

In addition, the court requests the real party-in-interest to file a response to the petition for writ of mandamus on or before December 9, 2021. *See* Tex. R. App. P. 52.4.


PER CURIAM

Panel consists of Justices Wise, Spain, and Hassan.